# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:03-cr-00077-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DEBORAH ANN TILSON. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 74].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 74] is **GRANTED**, and the supervised release petition filed in the above-captioned case is hereby **DISMISSED WITH PREJUDICE** due to the death of the Defendant.

**IT IS SO ORDERED.**   Signed: December 30, 2013

Martin Reidinger
United States District Judge